Form clsnodsc – ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  11−39297−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christopher Baldassari
dba Russ Ayres Hot Dogs
2012 Yardville Hamilton Squ Rd
Trenton, NJ 08690

Pamela K Baldassari
2012 Yardville Hamilton Squ Rd
Trenton, NJ 08690

Social Security No.:
  xxx−xx−2598                                    xxx−xx−1251

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after July 24, 2017 for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: June 22, 2017
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 11-39297-MBK
Christopher Baldassari                                                 Chapter 13
Pamela K Baldassari
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jun 22, 2017
                              Form ID: clsnodsc     Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db/jdb        +Christopher Baldassari,   Pamela K Baldassari,   2012 Yardville Hamilton Squ Rd,
               Trenton, NJ 08690-2420

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:51     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:47     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ  07102-5235
                                                                               TOTAL: 2


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Anne S. Cantwell    on behalf of Creditor    Roma Bank ACantwell@shermansilverstein.com
              Daniel S. Siedman    on behalf of Creditor    US Bank, NA as trustee relating to the Chevy Chase
               Funding LLC Mortgage Backed Certificates, Series 2005-3 dsiedman@ciardilaw.com,
               dtorres@ciardilaw.com
              Denise E. Carlon    on behalf of Creditor    Chevy Chase Funding LLC, Mortgage-Backed Certificates,
               Series 2005-3, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    Capital One vbarber@udren.com,   ewassall@udren.com
              Elizabeth L. Wassall    on behalf of Creditor    US Bank, NA as trustee relating to the Chevy Chase
               Funding LLC Mortgage Backed Certificates, Series 2005-3 vbarber@udren.com,   ewassall@udren.com
              J. Eric Kishbaugh    on behalf of Creditor    Capital One, N.A. jkishbaugh@udren.com
              John  Crayton    on behalf of Joint Debtor Pamela K Baldassari jcrayton@verizon.net,
               nydia.ramirez@verizon.net
              John  Crayton    on behalf of Debtor Christopher  Baldassari jcrayton@verizon.net,
               nydia.ramirez@verizon.net
              Steven K. Eisenberg    on behalf of Creditor    U.S. Bank, NA as trustee relating to the Chevy
               Chase Funding LLC Mortgage Backed Certificates, Series 2005-3 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William F. Saldutti, III    on behalf of Creditor    Roma Bank wsaldutti@slgcollect.com,
               kcollins@slgcollect.com
                                                                               TOTAL: 12