| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: Christopher and Pamela K. Baldassari, Debtors. | Case No.: 11-39297<br>Chapter: 13<br>Judge: MBK |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Christopher Baldassari__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 7/14/2017                                    /s/ Christopher Baldassari
                                                   Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.

*rev.6/16/17*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Christopher and Pamela K. Baldassari,<br>Debtors. | Case No.: __11-39297__<br>Chapter: __13__<br>Judge: __MBK__ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __Pamela K. Baldassari__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __7/14/2017__            __/s/ Pamela K. Baldassari__
                               Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a <u>completed</u> Certification in Support of Discharge.

*rev.6/16/17*