**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christopher Baldassari | Social Security number or ITIN  xxx–xx–2598 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Pamela K Baldassari | Social Security number or ITIN  xxx–xx–1251 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   11–39297–MBK

## Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Christopher Baldassari                   Pamela K Baldassari
    dba Russ Ayres Hot Dogs

    7/20/17                             **By the court:** Michael B. Kaplan
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W             **Chapter 13 Discharge**             page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 11-39297-MBK
Christopher Baldassari                                              Chapter 13
Pamela K Baldassari
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 20, 2017
                              Form ID: 3180W           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2017.
```
db/jdb       +Christopher Baldassari,   Pamela K Baldassari,   2012 Yardville Hamilton Squ Rd,
               Trenton, NJ 08690-2420
aty          +Jordan David,   Udren Law Offices, P.C.,   111 Woodcrest Rd,   Suite 200,
               Cherry Hill, NJ 08003-3620
aty          +Michelle Rene Ghidotti-Gonsalves,   Law Offices of Michelle Ghidotti,
               5120 E. La Palma Ave., Ste. 206,   Anaheim Hills, CA 92807-2091
cr           +Roma Bank,   c/o Dembo & Saldutti, LLP,   1300 Route 73,   Suite 205,
               Mt. Laurel, NJ 08054-2200
cr           +U.S. Bank, NA as trustee relating to the Chevy Cha,   Stern & Eisenberg, PC,
               1040 North Kings Highway,   Suite 407,   Cherry Hill, NJ 08034-1925
512425257    #+Alliance Adjustment Group. Inc,   263 N. Main Street,   Doylestown, PA 18901-3729
514483602    +Capital One, N.A.,   as Servicer for US Bank, NA,   7933 Preston Rd,   Plano, TX 75024-2302
514482804    +Capital One, N.A.,   P.O. Box 17000,   Baltimore, MD 21297-1000
512425240    +Gelato's Italian Ice, LLC,   680 Route 206,   Bordentown, NJ 08505-1540
512477142    +Midland Credit Management, Inc.,   2365 Northside Drive Suite 300,   San Diego, CA 92108-2709
512481415     Nissan - Infiniti,   POB 660366,   Dallas, TX 75266-0366
512425244     Nissan Motor Acceptance,   P.O. Box 660360,   Dallas, TX 75266-0360
512425246     Princeton Fuel Oil,   c/o Remex, Inc.,   307 Wall Street,   Princeton, NJ 08540-1515
512425247    +Robert H. Bullard,   79 Albemarle Road,   Trenton, NJ 08690-2426
512425245    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court: NJ Division of Taxation,   Bureau of Compliance,   P.O. Box 245,
               Trenton, NJ  08646)
515184921    +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 20 2017 23:10:54      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 20 2017 23:10:50      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
intp          EDI: RMSC.COM Jul 20 2017 22:48:00     GE CAPITAL RETAIL BANK,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
512429685    +EDI: AFNIRECOVERY.COM Jul 20 2017 22:48:00      Afni, Inc.,   PO Box 3667,
               Bloomington, IL 61702-3667
512425233     EDI: AFNIRECOVERY.COM Jul 20 2017 22:48:00      Anderson Financial Network,   404 Brock Drive,
               P.O.Box 3097,   Bloomington, IL  61702-3097
512541195    +EDI: ACCE.COM Jul 20 2017 22:48:00      Asset Acceptance LLC,   Po Box 2036,
               Warren MI 48090-2036
512425234     EDI: TSYS2.COM Jul 20 2017 22:48:00      Barclays Bank Delaware,   P.O. Box 8803,
               Wilmington, DE  19899-8803
512425237    +EDI: CHASE.COM Jul 20 2017 22:48:00      Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
512425238     EDI: ACCE.COM Jul 20 2017 22:48:00      Citibank,   c/o Asset Acceptance, LLC,   P.O. Box 2036,
               Warren, MI  48090-2036
512425239     EDI: DISCOVER.COM Jul 20 2017 22:48:00      Discover,   12 Reads Way,
               New Castle, DE  19720-1649
512430063     EDI: DISCOVER.COM Jul 20 2017 22:48:00      Discover Bank,   DB Servicing Corporation,
               PO Box 3025,   New Albany, OH  43054-3025
512425241     EDI: IRS.COM Jul 20 2017 22:48:00      Internal Revenue Service,   P.O.Box 7346,
               Philadelphia, PA  19101-7346
512740396     EDI: JEFFERSONCAP.COM Jul 20 2017 22:48:00      DENOVUS CORPORATION LTD,
               c o Jefferson Capital Systems LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-9617
514299086    +EDI: RESURGENT.COM Jul 20 2017 22:48:00      LVNV Funding LLC,   c/o Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587,   LVNV Funding LLC,
               c/o Resurgent Capital Services 29603-0587
512425243     E-mail/Text: egssupportservices@egscorp.com Jul 20 2017 23:11:00      NCO Financial Group,
               507 Prudential Road,   Horsham, PA  19044-2308
512452941     EDI: RECOVERYCORP.COM Jul 20 2017 22:48:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
512425232     EDI: AGFINANCE.COM Jul 20 2017 22:48:00      American General Finance,   600 N. Royal Avenue,
               Evansville, IN  47715-2612
512734977     EDI: AGFINANCE.COM Jul 20 2017 22:48:00      Springleaf Financial Services,   PO Box 3251,
               Evansville, IN  47731
512425235     E-mail/Text: bankruptcy@savit.com Jul 20 2017 23:11:36     c/o SA-VIT Ent, Inc.,   P.O. Box 250,
               East Brunswick, NJ  08816-0250
                                                                                              TOTAL: 19
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 20, 2017
                              Form ID: 3180W           Total Noticed: 35

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
512566880*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,   Compliance Activity,
                 PO Box 245,    Trenton, New Jersey 08695)
515184922*     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
512425236     ##Capital One Mortgage,    6151 Chevy Chase Drive,    Laurel, MD  20707-2918
512734276     ##+Capital One, N.A.,    3901 N. Dallas Parkway,    Plano, TX 75093-7864
512425248     ##+Roma Bank,    Attn: Suzette Berrios, Esq.,    2300 Route 33,    Robbinsville, NJ 08691-1411
                                                                                              TOTALS: 0, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:

```
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo     docs@russotrustee.com
              Anne S. Cantwell    on behalf of Creditor   Roma Bank ACantwell@shermansilverstein.com
              Daniel S. Siedman    on behalf of Creditor    US Bank, NA as trustee relating to the Chevy Chase
               Funding LLC Mortgage Backed Certificates, Series 2005-3 dsiedman@ciardilaw.com,
               dtorres@ciardilaw.com
              Denise E. Carlon    on behalf of Creditor    Chevy Chase Funding LLC, Mortgage-Backed Certificates,
               Series 2005-3, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elizabeth L. Wassall    on behalf of Creditor    US Bank, NA as trustee relating to the Chevy Chase
               Funding LLC Mortgage Backed Certificates, Series 2005-3 vbarber@udren.com,    ewassall@udren.com
              Elizabeth L. Wassall    on behalf of Creditor    Capital One vbarber@udren.com,    ewassall@udren.com
              J. Eric Kishbaugh    on behalf of Creditor    Capital One, N.A. jkishbaugh@udren.com
              John   Crayton    on behalf of Debtor Christopher   Baldassari jcrayton@verizon.net,
               nydia.ramirez@verizon.net
              John   Crayton    on behalf of Joint Debtor Pamela K Baldassari jcrayton@verizon.net,
               nydia.ramirez@verizon.net
              Patricia   Mayer    on behalf of Debtor Christopher   Baldassari pmayer.esq@comcast.net
              Patricia   Mayer    on behalf of Joint Debtor Pamela K Baldassari pmayer.esq@comcast.net
              Steven K. Eisenberg    on behalf of Creditor    U.S. Bank, NA as trustee relating to the Chevy
               Chase Funding LLC Mortgage Backed Certificates, Series 2005-3 bkecf@sterneisenberg.com,
               jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com
              William F. Saldutti, III    on behalf of Creditor    Roma Bank wsaldutti@slgcollect.com,
               kcollins@slgcollect.com
                                                                                               TOTAL: 14
```